# Third District Court of Appeal

## State of Florida

Opinion filed February 5, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2057
Lower Tribunal No. F12-29714
_____

**Emile Parker,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Christine Hernandez, Judge.

Emile Parker, in proper person.

John Guard, Acting Attorney General, for appellee.

Before LOGUE, C.J., and LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed. See Moore v. Pearson, 789 So. 2d 316, 319 (Fla. 2001) ("The authority to regulate gain time resides exclusively within the Department of Corrections pursuant to chapter 944, Florida Statutes."); Tribue v. State, 682 So. 2d 196, 197 (Fla. 3d DCA 1996) ("However, the responsibility for making the determination of the actual amount of gain time rests with the Department of Corrections. The burden falls upon the defendant to seek credit for this time pursuant to the appropriate administrative procedures.") (internal citations omitted); Walker v. State, 619 So. 2d 518, 519 (Fla. 1st DCA 1993) ("The award of gain time is solely a function of the Department of Corrections.").